IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 5:18-CR-00048-TES-CHW |
| | : | |
| THOMAS SACHY, et. al | : | |
| | : | |
| Defendant | : | |
| | : | |

## ORDER TO UNSEAL

The Court having read the Motion to Unseal in this matter, and it appearing to

the Court that Case No. 5:18-CR-48, and all documents filed therein, should be

unsealed,

IT IS ORDERED that Case No. 5:18-CR-48, be unsealed.

SO ORDERED, this 26th day of June, 2018.

_____
CHARLES H. WEIGLE
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF GEORGIA

Presented by:

/s/ C. Shanelle Booker
C. SHANELLE BOOKER
ASSISTANT UNITED STATES ATTORNEY