

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| Date:   July 2, 2018 | Type of Hearing:   Detention |
| Judge:   Charles H. Weigle | Court Time for MJSTAR: 3.04 |

Courtroom Deputy:   Cheryl M. Alston

<u>Case Number:   **5:18-CR-00048-001-TES-CHW**</u>

| | |
|---|---|
| UNITED STATES OF AMERICA | AUSA:   Shanelle Booker and Charles Peeler |
| v. | |
| THOMAS H. SACHY. | Counsel: Franklin J. Hogue and Laura D. Hogue |

Agents:/Experts in Attendance:   Donald Allen, USPO

*DISCLAIMER:   CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE     OFFICIAL COURT RECORD.  ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

- Participant identified.
  - Frank and Laura Hogue confirmed that they have been retained by Defendant.
  - The Court confirmed that Defendant's Not Guilty Plea has been accepted by the court and the Standard Pretrial Order will be issued.
  - The Government request detention pending trial and offers Ken Morrow of the Ga Dept. Drug Tactical Diversion squad as a witness.
  - Witness sworn in.
  - Witness gives his credentials and government begins questioning.
  - Government presents Exhibits 1-4 and the witness identifies and explains each.
  - Judge admits government's exhibits into evidence.
  - Court takes a five (5) minute recess.
  - Court reconvenes.
  - Frank Hogue questions witness.
  - Government redirects witness.
  - Frank Hogue proffers evidence and offers Exhibits 1-10 and explains each.
  - Judge admits defendant's exhibits into evidence.
  - Frank Hogue continues to argue for pretrial release.
  - Government proffers evidence of Defendant's character concerning issue before Judge Sizemore.
  - Government gives closing argument for detention.
  - Defense gives closing argument for pretrial release.
  - Court takes a 20 minute recess to consider all the evidence presented.
  - Court reconvenes.

- Judge grants the government's motion for detention pending trial and orders the Defendant remanded to the custody of USMS.
- Frank Hogue moves the court to reconsider and offers explanation.
- Government argues motion would be improper and argues against motion.
- Judge gives defense seven (7) days to file a motion to reconsider and gives government seven (7) days to respond or defense can appeal to the district Judge. Written order for detention to follow.
- Court is adjourned.