## GOVERNMENT'S EXHIBIT SHEET

CASE NO.  5:18-cr-00048-TES-CHW-1

**UNITED STATES OF AMERICA**
  v.
**THOMAS H SACHY**

PLAINTIFF'S EXHIBITS PAGE 1

| NUMBER | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 1 | Redacted Death Ledger | X | X |
| 2 | Redacted Screen Shot of Picture Tools: Thugs<br><br>Folders of information and photos of agents and family members | X | X |
| 3 | Document titled "DO NOT TELL" | X | X |
| 4 | Redacted NCIC: Response Detail Records 0001-0003 | X | X |