



GOVERNMENT EXHIBIT No. 1(c) Pg. 2 of 4



