PENGAD 800-631-6989

GOVERNMENT
EXHIBIT
No. 3

Do NOT TELL
ABOUT ANYTHING
BUT WACHOVIA Retirement
RETIREMENT.

AND DO NOT TELL
ABOUT ALL ASSETS
IN THS FAMILY TRUST
EXCEPT
WHAT YOU CAN TELL IS
WACHOVIA $122,---+
BANK ACCOUNT.