NCIC/NLETS Response Detail Screen                                   Page 1 of 1

Ver 1.6.01 P





**Response Detail Record 0001**

NAME                    FBI NO.          INQUIRY DATE
SACHY,THOMAS HEWITT                      2016/06/28

SEX RACE BIRTH DATE   HEIGHT WEIGHT EYES HAIR PHOTO
M   W    1964          601    230    BRO  BRO  N

BIRTH PLACE
CANADA

FINGERPRINT CLASS      PATTERN CLASS

SOCIAL SECURITY

IDENTIFICATION DATA UPDATED 2010/02/12

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
  GEORGIA         -

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.


END

Main Menu                    Your Responses


GOVERNMENT EXHIBIT No. 4 (pg. 1 of 5)

http://10.10.1.1:5203/cics/drsp/webdet?amwssosf?A1050001001                    6/28/2016

NCIC/NLETS Response Detail Screen  Page 1 of 1

Ver 1.6.01 P



**Response Detail Record 0002**

```
                    IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
RECORD REQUEST FOR FBI              THE FOLLOWING WILL RESPOND TO YOUR
AGENCY:
  GEORGIA      -
END
```

Main Menu                    Your Responses



Ver 1.6.01 P 



**Response Detail Record 0003**

****************** CRIMINAL HISTORY RECORD **********************

Triple I Status             ST

********************** Introduction ****************************

This rap sheet was produced in response to the following request:

FBI Number
State Id Number                    ()
Purpose Code            C

The information in this rap sheet is subject to the following caveats:

**THIS RESPONSE IS BEING PRODUCED FOR YOUR REQUEST SENT: 2016-06-28

Important! Criminal history record information is obtained one of two
ways: 1) by conducting an inquiry using personal identifiers such as
name and date of birth (name search), or 2) by submitting fingerprint
cards to the Georgia Crime Information Center (GCIC). When conducting a
name search for criminal history record information, there is a
possibility that the information returned belongs to a different person
with the same, or similar, identifiers. In this case, a positive match
of the person whose criminal history record is sought requires
submission of fingerprint cards to GCIC. When conducting a fingerprint
search for criminal history record information, the information
returned does, in fact, belong to the individual. In this case,
conducting a name search using the individual's personal identifiers
would be the same information.

When the information contained in a criminal history report causes an
adverse employment or licensing decision the individual, business or
agency making the decision must inform the applicant of all information



pertinent to the decision. The disclosure must include information that a criminal history record check was conducted, the specific contents of the record and the effect the record had upon the decision. Failure to provide all such information to the person subject to the adverse decision is a misdemeanor offense under Georgia law. Additionally, any unauthorized dissemination of this record or information herein also violates Georgia law. The plea of nolo contendere may be considered a conviction for some purposes; however, except as otherwise provided by law, it shall not be used against the defendant in any other court as a conviction or admission of guilt or for the purpose of effecting any civil disqualification of the defendant to hold public office, to vote, to serve upon any jury, or any other civil disqualification imposed upon a person convicted of any offense under the laws of this state.

In the event that identifiers are not clearly associated to a specific cycle, the information is most likely non-fingerprint based information received from the Department of Corrections at the time of release from incarceration.

*************************** IDENTIFICATION ***************************

Subject Name(s)

SACHY, THOMAS HEWITT

Subject Description

FBI Number              State Id Number

Social Security Number


Sex                     Race
Male                    White

Height                  Weight                      Date of Birth
6'01" (2010-01-28)      230 (2010-01-28)            1964-

Hair Color              Eye Color
Brown (2010-01-28)      Brown (2010-01-28)


Place of Birth          Citizenship
CANADA                  US (2010-01-28)



*************************** CRIMINAL HISTORY ***************************

=========================== Cycle 001 ===========================
Tracking Number         88373612401
Earliest Event Date     2010-01-28  Incident Date           2010-01-28
--------------------------------------------------------------------
Arrest Date             2010-01-28
Arresting Agency        GA0840000 JONES COUNTY SHERIFFS OFFICE
Subject's Name          SACHY, THOMAS HEWITT
Arrest Type             Adult
Charge                  1
        Charge Number   88373612401001
Charge Tracking Number  88373612401
        Charge Literal  CONTEMPT OF SUPERIOR COURT FOR FINGERPRINTABLE



```
                                    CHARGE - MISDEMEANOR
              Charge Description    DIVORCE PROCEEDINGS
                          Statute   (15-6-8(5) GA)
              State Offense Code    5020
                         Severity   Misdemeanor
------------------------------------------------------------------
Court Disposition                   (Cycle 001)
Court Agency                        GA084015J JONES COUNTY SUPERIOR COURT
Subject's Name                      SACHY, THOMAS HEWITT
Charge                              1
              Charge Number         88373612401001
         Charge Tracking Number     88373612401
              Charge Literal        CONTEMPT OF SUPERIOR COURT FOR FINGERPRINTABLE
                                    CHARGE - MISDEMEANOR
                          Statute   (15-6-8(5) GA)
              State Offense Code    5020
                         Severity   Misdemeanor
                      Disposition   Not Prosecuted( 2010-02-10; NO FURTHER ACTION
                                    ANTICIPATED)
************************   INDEX OF AGENCIES   ************************

Agency                              JONES COUNTY SHERIFFS OFFICE; GA0840000;
Agency Telephone                    (478) 986-3479
Address                                     PO BOX 874
                                    GRAY, GA 310320000

------------------------------------------------------------------
Agency                              JONES COUNTY SUPERIOR COURT; GA084015J;
Agency Telephone                    (478) 986-6671
Address                                     PO BOX 39
                                    GRAY, GA 310320000

------------------------------------------------------------------
Agency                              JONES COUNTY SHERIFFS OFFICE; GA0840000;

------------------------------------------------------------------
Agency                              JONES COUNTY SUPERIOR COURT; GA084015J;


* * * END OF RECORD * * *




Main Menu                           Your Responses
```

