## DEFENDANT'S EXHIBIT SHEET

CASE NO.   5:18-cr-00048-TES-CHW-1

**UNITED STATES OF AMERICA**
  v.
**THOMAS H SACHY**

DEFENDANT'S EXHIBITS

PAGE 1

| NUMBER | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 1 | Letter from David H. McCord, M.D., P.C. | X | X |
| 2 | State Board of Medical Examiners of South Carolina License to Practice Medicine and Surgery | X | X |
| 3 | Emory University, Department of Psychiatry and Behavioral Sciences School of Medicine certificate of Fellowship in Forensic Psychiatry | X | X |
| 4 | Medical University of South Carolina Teaching Hospitals certificate of Intern Psychiatry | X | X |
| 5 | Georgia State University College of Arts and Sciences Degree of Masters of Science | X | X |
| 6 | Golden Key National Honor Society certificate | X | X |
| 7 | Emory University, Department of Psychiatry and Behavioral Sciences School of Medicine certificate of Fellowship in Forensic Psychiatry | X | X |
| 8 | Collegium Medicum Georgiense | X | X |
| 9 | Medical University of South Carolina Teaching Hospitals certificate of Resident in Psychiatry | X | X |
| 10 | Delta Air Lines Appreciation for medical assistance | X | X |
|  |  |  |  |