DAVID H. MCCORD, M.D., P.C.

1718 Charlotte Avenue, Suite A
P.O. Box 331109
Nashville, TN 37203-7510
(615) 329-0333
(615) 523-1807 fax

kcoleman@davidhmccordmd.com

# FAX

| To: | Laura Hogue | From: | |
|-----|-------------|-------|---|
| Fax: | 478-738-0859 | Pages: | 2 |
| Phone: | | Date: | 07-02-2018 |
| Re: | Sachy | cc: | |

Comments:

DEFENDANT'S
EXHIBIT

___1___

PENGAD 800-631-6989

**CONFIDENTIALITY NOTICE**

The documents accompanying this telecopy transmission contain confidential information. The information is intended only for the use of the individual(s) or entity named above. If you are not the intended recipient, you are notified that any disclosure, copying, distribution or taking of any action in reliance on the contents of this telecopied information is not permissible. If you have received this telecopy in error, please notify us by telephone at the number above to arrange for return of the original documents. Thank you.

# DAVID H. MCCORD, M.D., P.C.
FELLOWSHIP TRAINED SPINE SURGEON
A.B.O.S. & A.B.S.S. BOARD CERTIFIED
<u>ORTHOPAEDIC SPINE SPECIALIST</u>

July 2, 2018

Laura Hogue
Hogue & Hogue, LLP
341 – 3rd Street
Macon, GA 31201

Re: Thomas Sachy, M.D.

Dear Ms. Hogue,

This correspondence is regarding a patient of mine who underwent back surgery on March 18, 2018. The procedure appears to have been successful.

I instruct all my patients on good techniques for postoperative recovery. This would include frequent bending, lifting, twisting, rehab and exercise programs.

If I can help in any other way, please let me know.

Sincerely,

David H. McCord, M.D.
DHM/pjw