# State Board of Medical Examiners

## Of South Carolina

This certifies that

### Thomas H. Sachy, M.D.

having applied for a

## License to Practice Medicine and Surgery

within this State, and having complied with all requirements as prescribed by applicable law, the State Board of Medical Examiners of South Carolina, under authority granted by Acts of the General Assembly of the State of South Carolina, does hereby grant this license.

In Witness Thereof, We, the undersigned, have this First day of July, A.D. 1997, caused this License to be issued, and the Seal of this Board to be affixed, and signed with its Official Signatures.

19304