

# Emory University

### Affiliated Hospitals

Grady Memorial Hospital

## Department of Psychiatry and Behavioral Sciences

### School of Medicine

certifies that

# Thomas H. Sachy, M.D., M.Sc.

has completed requirements for

## Fellowship in Forensic Psychiatry

July 1, 1999 through June 30, 2000



*President and CEO, Grady Memorial Hospital*

*Executive Vice President for Health Affairs*

*Dean School of Medicine*

*Chairman*

