# Medical University of South Carolina Teaching Hospitals

Charleston, South Carolina

This is to Certify that

## Thomas Hewitt Sachy, M.D.

has completed the following training

### Intern in Psychiatry

July 1, 1995 - June 30, 1996

at these Hospitals and during such services has conducted himself creditably

Dated at Charleston, South Carolina this 1st day of July, 1996

_Layton M°Curdy, M.D._
Dean, College of Medicine

_James C. Ballenger, M.D._
Chairman, Department of Psychiatry

