# Georgia State University

To all persons to whom this writing may come, Greeting:

Be it known that the President and Faculty of this University in recognition of the successful completion of the course of study prescribed by the

## College of Arts and Sciences

and by virtue of the authority granted by the Regents of the University System have conferred upon

### Thomas Hewitt Sachy

the degree of

### Master of Science

In Testimony Whereof, we have hereunto affixed the seal of the University and the signatures of the officers thereof. Given at Atlanta on this twenty-seventh day of August, 1994

_Chancellor of the University System_

_Registrar_

_President_

_Dean_

