# Golden Key National Honor Society

To All Whom These Letters May Come

*Greetings*

This Certifies That

## Thomas Hewitt Sachy

In Recognition of Outstanding Scholastic Achievement and Excellence has been granted membership in the Golden Key National Honor Society and is hereby granted all the Rights, Honors, and Privileges pertaining to the Society at

*Georgia State University*



National Secretary

Executive Director





National President

Frank M. Dyer, Jr.
National Vice-President

