# Emory University

## Affiliated Hospitals

Grady Memorial Hospital

### Department of Psychiatry and Behavioral Sciences

### School of Medicine

certifies that

## Thomas H. Sachy, M.D., M.Sc.

has completed requirements for

Fellowship in Forensic Psychiatry

July 1, 1999 through June 30, 2000



President and CEO, Grady Memorial Hospital





Executive Vice President for Health Affairs

Dean School of Medicine

Chairman

