# Medical University of South Carolina Teaching Hospitals

Charleston, South Carolina

*This is to Certify that*

## Thomas Hewitt Sachy, M.D.

*has completed the following training*

### Resident in Psychiatry
July 1, 1995–June 30, 1999

*at these Hospitals and during such services has conducted himself creditably*

Dated at Charleston, South Carolina this 30th day of June, 1999

Layton M. C. McCurdy, M.D.
Dean, College of Medicine

James C. Ballenger, M.D.
Chairman, Department of Psychiatry

