▲ Delta
# Delta Air Lines

*To:*

*Dr. Thomas Hewitt Sachy*

Your medical assistance
on April 6, 2003
was greatly appreciated.

We thank you!

Delta Air Lines
Corporate Officers and the Crew
of Flight 1980





DEFENDANT'S EXHIBIT 10