# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **INDICTMENT NO.** |
| v. | : | **5:18-CR-48** |
| | : | |
| **THOMAS H. SACHY,** | : | |
| | : | |
| **Defendant.** | : | |

## DEFENDANT'S REQUEST FOR DISCOVERY

Defendant, Thomas H. Sachy, through counsel, hereby makes this formal request and notice for all items of discovery to which he is entitled, which are outlined in the Court's Standard Pretrial Order.

DATED this 9th day of July, 2018.

                                                s/ Franklin J. Hogue
                                                FRANKLIN J. HOGUE
                                                Georgia State Bar No. 360030
                                                Attorney for Defendant
                                                Hogue & Hogue, LLP
                                                341 Third Street
                                                P. O. Box 1795
                                                Macon, GA 31202-1795
                                                (478) 750-8040
                                                frank@hogueandhogue.com

**Certificate of Service**

      I certify by my signature that I have served a copy of **Defendant's Request for Discovery** upon C. Shanelle Booker, Assistant United States Attorney, by electronic filing which will automatically send email notification of such filing to:

C. Shanelle Booker
Assistant United States Attorney
Middle District of Georgia
P.O. Box 1702
Macon, GA 31202


      DATED this 9th day of July, 2018.


s/ Franklin J. Hogue
FRANKLIN J. HOGUE