EXHIBIT SHEET

UNITED STATES OF AMERICA  
   v.  
THOMAS H SACHY

CASE NO.   5:18-CR-00048-001-TES

GOVERNMENT'S EXHIBITS

PAGE 1 of 1

| NUMBER | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 9 | Photos of five guns found at Sachy's clinic | X | X |
| r5 | Five pages of pictures of children-Redacted | X | X |
| r6 | Screen shot of Agent Morrow's personal information and relatives found on Sachy's hard drive-Redacted | X | X |
| r7 | Three photos found on Sachy's hard drive-Redacted | X | X |
| 8 | Six pages of various photos found on Sachy's hard drive | X | X |
| | | | |