


GOVERNMENT EXHIBIT 6 (2 pages)

