JUST WATERING MY MUSLIMS