**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CASE NO. 5:18-CR-00048-TES-CHW** |
| | : | |
| **THOMAS SACHY,** *et al.* | : | |
| | : | |
| **Defendants** | : | |
| | : | |

**UNITED STATES' NOTICE OF INTENT TO INTRODUCE EVIDENCE PURUSANT**
**TO FEDERAL RULE OF EVIDENCE 902**

COMES NOW, the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, and, pursuant to the Amended Scheduling Order in this case and provides the Defendants notice of the intent to introduce evidence under Federal Rule of Evidence 902, at the trial of this case. The United States intends to introduce documents which are self-authenticating under Rule 902, as follows:

1. The United States may seek to introduce records from the Georgia Prescription Drug Monitoring Program ("PDMP") database maintained by the Georgia Department of Public Health. Specifically, the United States may seek to introduce PDMP records relevant to the allegations in the indictment, which have been or will be provided to the Defendants in advance of trial.

2. The United States may seek to introduce state corporations records and local public records showing business licenses, corporate registration, and applications

[1]

related to such licenses and registration, which have been or will be provided to Defendants in advance of trial.

3. The United States may seek to introduce authenticated copies of relevant bank records, which have been or will be provided to defendants in advance of trial.

The United States respectfully requests to reserve the opportunity to supplement this notice as necessary in advance of trial.

Respectfully submitted, this 4th day of November, 2019.

CHARLES E. PEELER
UNITED STATES ATTORNEY

By:     */s/ C. Shanelle Booker*
        C. SHANELLE BOOKER
        Assistant United States Attorney
        Georgia Bar No. 991041
        United States Attorney's Office
        Post Office Box 1702
        Macon, Georgia 31202-1702
        Telephone: (478) 752-3511

[2]

## CERTIFICATE OF SERVICE

I, C. Shanelle Booker, Assistant United States Attorney, hereby certify that on November 4, 2019, I filed the within and foregoing **UNITED STATES' NOTICE OF INTENT TO INTRODUCE EVIDENCE PURUSANT TO FEDERAL RULE OF EVIDENCE 902** with the Clerk of the Court using the CM/ECF system which will send notification to the Court and all counsel of record.

This 4th day of November, 2019.

CHARLES E. PEELER
UNITED STATES ATTORNEY

By:   */s/ C. Shanelle Booker*
C. SHANELLE BOOKER
Assistant United States Attorney
Georgia Bar No.  991041
United States Attorney's Office
Post Office Box 1702
Macon, Georgia 31202-1702
Telephone: (478) 752-3511
Facsimile: (478) 621-2655