# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO. 5:18-CR-00048-TES-CHW |
| THOMAS H. SACHY, *et al.* | |
| Defendants | |

## SECOND AMENDED SCHEDULING ORDER

Upon agreement between the parties to enter a Second Amended Scheduling Order in this matter, the Court hereby amends and supplements the Standard Pretrial Order and accepts the proposed amended schedule submitted by the parties as set forth below:

| | |
|---|---|
| Deadline For Government to File Notice of Expert Testimony | Friday, February 21, 2020 |
| Deadline For Defendants To File Notice Of Expert Testimony | Friday, March 20, 2020 |
| Deadline To Provide Notice Of Intent To Use Evidence Under Federal Rule Of Evidence 902 | Friday, May 1, 2020 |
| Motions in Limine & Motions to Suppress Due | Friday, June 19, 2020 |
| Responses to All Motions Due | Friday, July 10, 2020 |
| Requests to Charge & Proposed Verdict Form Due | Wednesday, July 15, 2020 |
| Proposed Voir Dire Due | Wednesday, July 15, 2020 |
| Exhibit List & Witness List Due to Court | Wednesday, July 15, 2020 |

| Objections to Proposed Voir Dire Due | Wednesday, July 22, 2020 |
|---|---|
| Final Pretrial Conference | Wednesday, July 22, 2020 |
| Trial Commences | Monday, August 3, 2020 |

In addition to the dates set forth in the schedule above, the parties have also agreed to contact the Court and request dates/times to conduct hearings on a monthly basis as needed to address substantive motions or issues as they arise. Except as modified in this Order, the Standard Pretrial Order remains in effect.

SO ORDERED, this 20 day of Dec, 2019.

TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA