IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO. 5:18-CR-00048-TES-CHW |
| THOMAS H. SACHY, *et al.* | : |
| Defendants | : |

## THIRD AMENDED SCHEDULING ORDER

Upon agreement between the parties to enter a Third Amended Scheduling Order in this matter, the Court hereby amends and supplements the Standard Pretrial Order and accepts the proposed amended schedule submitted by the parties as set forth below:

| | |
|---|---|
| Deadline To File Notice Of Expert Testimony | Monday, August 3, 2020 |
| Motions in Limine & Motions to Suppress Due | Friday, September 18, 2020 |
| Responses to All Motions Due | Friday, October 9, 2020 |
| Requests to Charge & Proposed Verdict Form Due | Wednesday, October 14, 2020 |
| Proposed Voir Dire Due | Wednesday, October 14, 2020 |
| Exhibit List & Witness List Due to Court | Wednesday, October 14, 2020 |
| Objections to Proposed Voir Dire Due | Wednesday, October 21, 2020 |
| Final Pretrial Conference | Wednesday, October 21, 2020 |
| Trial Commences | Wednesday, November 4, 2020 |

In addition to the dates set forth in the schedule above, the parties have also agreed to contact the Court and request dates/times to conduct hearings on a monthly basis as needed to address substantive motions or issues as they arise. Except as modified in this Order, the Standard Pretrial Order remains in effect.

SO ORDERED, this **30** day of _____, 2020.

_____
TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA