# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No. 5:18-cr-48 (TES) |
| THOMAS H. SACHY, : | |
| : | |
| Defendant. : | |
| _____ : | |

## ORDER REINSTATING PRETRIAL RELEASE

On August 18, 2022, the Court entered an order (Doc. 337) granting Defendant Thomas H. Sachy's motion to withdraw his plea of guilty. As such, Defendant is no longer subject to custody pursuant to 18 U.S.C. § 3143. For good cause shown, and with the consent of all parties, it is hereby **ORDERED** that Defendant may be released upon the execution of an unsecured appearance bond, subject to all conditions set forth in the original order setting conditions of release (Doc. 186) entered on November 20, 2019.

**SO ORDERED**, this 23rd day of August, 2022.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge