IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) CASE NO.: 5:18-cr-00048-CDL-CHW-1 |
| | ) THE HONORABLE JUDGE CLAY D. LAND |
| THOMAS SACHY | ) |

### ORDER GRANTING DEFENSE COUNSEL'S MOTION TO BE EXCUSED FROM TRIAL

The Court having considered defense counsel's motion to be excused from trial,

IT IS HEREBY ORDERED that Ms. Sullivan is excused from trial on May 3, 2023. Defense counsel's Motion to Be Excused from Trial (ECF No. 382) is GRANTED. It is the Court's understanding that Ms. Sullivan's absence from trial on May 3, 2023 will not affect the trial and has been consented to by Defendant.

IT IS SO ORDERED this 26th day of April, 2023

S/Clay D. Land
_____
THE HONORABLE JUDGE CLAY D. LAND