IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION
AT COLUMBUS, GEORGIA



## MINUTE SHEET re: TRIAL DAY 4  (CONTESTED/EVIDENCE ENTERED)

Date:   May 4, 2023                                    Court Time for JS10:  5hrs 37mins

Judge:  JUDGE CLAY D. LAND                       Court Reporter:  Joan Drammeh

Courtroom Deputy:  Geoffery Gunn

Case Number:  **5:18-cr-00048-CDL**

**UNITED STATES**                    Counsel:  **C SHANNELLE BOOKER and CRAWFORD SEALS**

v.

**DR. THOMAS SACHY**              Counsel:  **RON CHAPMAN, II and MEGGAN SULLIVAN**


Agents:/Experts in Attendance:   Mara Hewitt, DEA Agent and Megan Ritchie, paralegal/Lit Support Specialist

*DISCLAIMER:  CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE   OFFICIAL COURT RECORD.  ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

---

- ▶ **8:02**   Judge Land and the Jury enter. Government calls Agent Ken Morrow, Mrs. Booker.
  - o  G 47 admitted Letter to DEA reporting Dr. Sachy, from Wanda Dixon
  - o  G 50 admitted Dr. Sachy prescription for Tammy Arnold
  - o  G 101 admitted Dr. Sachy prescription for Bobby Lee Adkins
  - o  G 102 admitted Dr. Sachy prescription for Bobby Lee Adkins
  - o  G 102 admitted Dr. Sachy prescription for John McKinney
  - o  G 104 admitted Dr. Sachy prescription for Rhonda McKinney
  - o  G 105 admitted Dr. Sachy prescription for Wanda Dixon
  - o  G 106 admitted Dr. Sachy prescription for Wanda Dixon
  - o  G 4 admitted public consent Order for Licensure

- ▶ **9:09**   The Jury is excused for a short break.
  - o  The Court rules on a matter.

- ▶ **9:40**   **10 min break**
- ▶ **9:48**   Judge Land and the Jury enter.
  - o  G 10 admitted Patient file of Wanda Dixon
  - o  G 135 admitted photos from Dr. Sachy's clinic, <u>exclude page 15 of this exhibit</u>.
  - o  G 136 admitted photos of Dr. Sachy's home

- ▶ **11:10**   The Jury will be in recess for 30min lunch break.

- **11:47**   Judge Land enters and addresses objections from the Defense on G 136.  Page 174 is not admitted.
- 11:58   The Jury enters
  - o   G 133 admitted Michelle Allen Autopsy Report (Sachy Home)
  - o   G 138 admitted DEA report

- **12:27**   The Jury is excused.
  - o   Dr. Sachy takes the stand.

- **1:10**   The Jury returns
  - o   G 145 admitted prescription written by Dr. Sachy.
  - o   G 146 admitted Medicine Day sheet from Dr. Sachy's office

- 1:22   Mr. Chapman cross with Agent Morrow.
  - o   D 103 A admitted Navicent Health Wanda Dixon medical records
  - o   D 815 admitted Ga Comp. Medical Board letter
  - o   Objection, brief sidebar.  The Court rules on the objection.
  - o   G 5 admitted Wanda Dixon autopsy report

- 2:48   Re-direct of Agent Morrow, Mrs. Booker.
  - o   G 47 A admitted photos of Wanda Dixon

- 3:05   The Jury is excused for the day.  The Court takes up other matters with the parties.
- 
- Court adjourned for the day.