IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION
AT COLUMBUS, GEORGIA



# MINUTE SHEET re: TRIAL DAY 7 (CONTESTED/EVIDENCE ENTERED)

Date: May 9, 2023                                  Court Time for JS10: 8hrs 18mins

Judge: JUDGE CLAY D. LAND                          Court Reporter: Joan Drammeh

Courtroom Deputy: Geoffery Gunn

Case Number: 5:18-cr-00048-CDL

**UNITED STATES**                                  Counsel: **C SHANNELLE BOOKER and CRAWFORD SEALS**

v.

**DR. THOMAS SACHY**                               Counsel: **RON CHAPMAN, II and MEGGAN SULLIVAN**

Agents:/Experts in Attendance: Mara Hewitt, DEA Agent and Megan Ritchie, paralegal/Lit Support Specialist

*DISCLAIMER: CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD. ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

- **7:57** Judge Land and the Jury enter.
- **8:03** Dr. Barry Straus is on the stand for cross with Mr. Chapman.
    - D 101 admitted Drug screen for Michelle Allen.
    - D 106 admitted Paul Harris medical records
    - D 105 admitted David Giddens medical records
    - D 114 admitted Sue Trotters medical records
    - D 112 admitted Sandra Samford medical records
- **9:45** 15 min break
- **10:00** Judge Land and the Jury enter.
- **10:20** Re-direct from Mrs. Booker.
- **11:03** Re-cross of Dr. Straus from Mr. Chapman.
- **11:12** The Government calls Dr. Stacey Hail, Mrs. Booker.
- **11:53** The jury has been excused. The Court ask the witness a few questions.
- **12:00** 30 min lunch break for the Jury. The Government has no more witnesses for the day.

- **12:28** Judge Land enters and takes up a matter with the parties.
    12:49 Dr. Hail is on the stand to answer questions from the Court. The Jury is not present.
    1:00 short recess for the Government.

- 1:21 Judge Land enters. The Government states their next witness will be here Wednesday morning.

- 1:38 The Jury enters and the Government calls Dr. Jodi Sullivan, Mrs. Booker.
    - 2:35 Brief sidebar

- **2:40** 10 min break. The Jury is excused.

- **2:56** Judge Land and the Jury enter.

- 3:19 Re-direct with Mrs Booker.

- 3:26 The Government calls IRS Agent Brian Settle, Mrs. Booker
    G 200 admitted financial summary

- 3:51 Cross from Mr. Chapman on Agent Settle.

- 3:54 Re-direct from Mrs. Booker on Agent Settle.

- 3:56 The Jury is excused for the evening. Discussion about witnesses for tomorrow. The Defense may stipulate to the records for Michelle Allen.

- **4:42** 10min break

- 4:53 Judge Land enters. The Court starts a rule 29 hearing.

- **5:28** Court adjourned for the day.