IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO. 5:18-CR-00048-CDL-CHW |
| THOMAS H. SACHY, | : |
| Defendant | : |

## CHANGE OF PLEA

I, Thomas H. Sachy having been advised of my Constitutional rights, and having had the charges herein stated to me, and pursuant to a written plea agreement, and now plead **Guilty** to Count One of the Superseding Information, this __11th__ day of __May__, 2023.

I also acknowledge the fact the Court is required to consider any applicable advisory sentencing guideline when imposing sentence in this case.

_____
THOMAS H. SACHY
DEFENDANT

_____
RONALD W. CHAPMAN II
ATTORNEY FOR DEFENDANT

_____
C. SHANELLE BOOKER
ASSISTANT UNITED STATES ATTORNEY