

# MINUTE SHEET re: TRIAL DAY 8 (CONTESTED/EVIDENCE ENTERED)

Date: May 10, 2023

Court Time for JS10: 7hrs 04mins

Judge: JUDGE CLAY D. LAND

Court Reporter: Joan Drammeh

Courtroom Deputy: Geoffery Gunn

Case Number: 5:18-cr-00048-CDL

**UNITED STATES**

Counsel: **C SHANNELLE BOOKER and CRAWFORD SEALS**

v.

**DR. THOMAS SACHY**

Counsel: **RON CHAPMAN, II and MEGGAN SULLIVAN**

Agents:/Experts in Attendance: Mara Hewitt, DEA Agent and Megan Ritchie, paralegal/Lit Support Specialist

*DISCLAIMER: CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD. ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

- **8:00** Judge Land and the Jury enter. The Government rest. Defense calls Evelyn Ennis, Ms. Sullivan. The Court explains to the Jury that G 3 page 24 was admitted. Counts 2 and 3 has been removed from the trial.

- **9:42** 15 min break
- **9:57** Judge Land and the Jury enter. Cross of Ms. Ennis, Mrs. Booker.

- 10:53 Re-direct from Ms. Sullivan.

- 10:20 Re-cross from Mrs. Booker.

- 11:00 Re-direct from Ms. Sullivan.
  11:11 Sidebar

  11:18 Re-cross with Ms. Booker.

- 11:32 Direct Melanie Dixon Lane, Ms. Sullivan

- 11:49 Cross by Mrs. Booker.

- 12:05 Re-direct of Ms. Lane, Ms. Sullivan

- 12:07 Re-cross from Mrs. Booker.

- **12:10** 30 min lunch break for all.

- **12:41** Judge Land and the Jury enters. The Defense team calls Dee Gattie Sellers, Ms. Sullivan.

- 1:06 Cross by Mrs. Booker.

- 1:07 Defense calls Chuck Shaheen, III, Ms. Sullivan.

- 1:31 Cross of Mr. Shaheen, Mrs. Booker.

- 1:39 Defense calls Joe Smith, Mr. Chapman.

- 1:55 Cross of Mr. Smith, Mrs. Booker.

- 2:00 Defense calls Jim Elliott, Ms. Sullivan. No cross from the Government.

- 2:14 Defense calls Ronald Robertson, Ms. Sullivan.

- 2:32 Cross of Mr. Robertson, Mrs. Booker.
    - G 63 admitted Ronald Robertson prescription, dtd 7/20/2016

- **2:41** 15 min break
- **2:56** Judge Land and the Jury enter. The defense team calls Horton Hawkins, Ms. Sullivan.

- 3:16 Cross of Mr. Hawkins, Mrs. Booker.

- 3:25 Defense calls Kevin Brady, Ms. Sullivan

- 3:41 Cross of Mr. Brady, Mrs. Booker.

- 3:51 Re-direct from Ms. Sullivan

- 3:52 Defense team calls Tammy Brady, Ms. Sullivan.

- 4:05 The Jury is excused for the day.