# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THOMAS H. SACHY,<br><br>Defendant | Case No. 5:18-CR-00048-CDL-CHW |

## ORDER

On November 20, 2019, Magistrate Judge Charles H. Weigle entered an order setting conditions of pretrial release requiring Defendant Thomas H. Sachy to surrender his passport to the United States Probation Office for the Middle District of Georgia. Doc. 186. The criminal case against Defendant Sachy has been resolved as he entered a change of plea and was subsequently sentenced to time served followed by no supervised release. Doc. 411. Accordingly, Defendant's passport, which is currently in the custody of the United States Probation Office, shall be returned to the Defendant.

SO ORDERED, this 22nd day of May, 2023.

S/Clay D. Land
Clay D. Land, U.S. District Judge
Middle District of Georgia