IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : CRIM. NO: 5:18-CR-48 (CDL) |
| | : |
| **THOMAS H. SACHY** | : |
| | : |
| | : |
| **Defendant** | : |
| | : |

## CONSENT ORDER

The United States of America, and Defendant Thomas H. Sachy, by and through his counsel Meggan Bess Sullivan, Esq., have executed and presented to the Court a Joint Stipulation to Maintain Forfeiture of Real Property in the Related Civil Forfeiture Action in Lieu of Criminal Forfeiture of $200,000.00 United States Currency( AAgreement@), which is attached hereto and made a part of this Order, in which the Parties agreed to preserve the civil forfeiture of the real property located at 247 Lana Drive, Gray, Jones County, Georgia, in Middle District of Georgia, Civil Case No. 5:21-CV-235 (MTT) rather than forfeiting the two hundred thousand dollars ($200,000.00) of the eight hundred sixty-two thousand, three hundred seventy-two dollars, and four cents ($862,372.04), seized from Vanguard, SEP IRA Account Number: 46436568, believed to be held by THS Family Limited Partnership.

Accordingly, the Court hereby makes the following findings of fact and conclusions of law:

1. This Court has jurisdiction of this matter pursuant to 18 U.S.C. '3231, and venue is proper pursuant to 18 U.S.C. '3232 and FED. R. CRIM. P. 18.

2. The real property located at 247 Lana Drive, was not specifically addressed in the Defendant's May 11, 2023, Plea Agreement.

3. The Parties agree to maintain the civil forfeiture of the real property located at 247 Lana Drive, Gray, Jones County, Georgia, in Middle District of Georgia, Civil Case No. 5:21-CV-235 (MTT) rather than criminally forfeiting the two hundred thousand dollars ($200,000.00) of the eight hundred sixty-two thousand, three hundred seventy-two dollars, and four cents ($862,372.04), seized from Vanguard, SEP IRA Account Number: 46436568, believed to be held by THS Family Limited Partnership.

4. The real property located at 247 Lana Drive, Gray, Jones County, Georgia, including any appurtenances and improvements thereon, was previously forfeited on November 9, 2021 accordance with Title 21, United States Code, Section 881(a)(7), in Middle District of Georgia, Civil Case No. 5:21-CV-235 (MTT).

5. In consideration of the civil forfeiture of the real property located at 247 Lana Drive, Gray, Jones County, Georgia, the United States has agreed to release the full balance of the eight hundred sixty-two thousand, three hundred seventy-two dollars, and four cents ($862,372.04), seized from Vanguard, SEP IRA Account Number: 46436568, believed to be held by THS Family Limited Partnership.

THEREFORE, IT IS HEREBY ORDERED THAT:

1. The United States shall release the full balance of the eight hundred sixty-two thousand, three hundred seventy-two dollars, and four cents ($862,372.04), seized from Vanguard, SEP IRA Account Number: 46436568, believed to be held by THS Family Limited Partnership. The funds shall be released to Defendant Sachy through Defendant's counsel of record.

2. The criminal forfeiture shall be limited to the six firearms, and the United States shall file a Motion for an Amended Preliminary Order of Forfeiture as to the same.

SO ORDERED, this 28th, July, 2023.

S/Clay D. Land
CLAY D. LAND, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

THE ENTRY OF THE FOREGOING ORDER IS CONSENTED TO BY:

PETER D. LEARY
UNITED STATES ATTORNEY

/s/ Sean S. Deitrick
SEAN S. DEITRICK
Assistant United States Attorney
Tennessee Bar Number: 32064

Washington D.C. Bar Number: 1030533

*[signature]*

THOMAS H. SACHY
DEFENDANT

*[signature]*

MEGGAN BESS SULLIVAN, ESQ., 33067
ATTORNEY FOR DEFENDANT, ESQ.