IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | : CASE NO. 5:18-CR-00048-CDL-CHW |
| **THOMAS H. SACHY,** | : |
| **Defendant** | : |

**FINAL ORDER OF FORFEITURE**

WHEREAS, On May 11, 2023, Defendant Thomas H. Sachy (hereinafter "Defendant" or "Sachy") pled guilty to Count One of the Superseding Information charging him with Conspiracy to Commit an Offense Against the United States in violation of Title 18, United States Code, Sections 371 i/c/w Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C);

AND WHEREAS, the Superseding Information contained a generic Forfeiture Notice, pursuant to which the United States seeks forfeiture under Title 18, United States Code, Section 981(a)(1)(C), in conjunction with Title 28, United States Code, Section 2461(c), of any property, real or personal, which constitutes or is derived from proceeds traceable to said violations;

AND WHEREAS, in his Plea Agreement, the Defendant consented to the criminal forfeiture of the following firearms:

**FIREARMS/AMMUNITION**

A. Six (6) assorted firearms with magazines and ammunition, seized from Thomas Sachy at Georgia Pain and Behavioral Medicine, more particularly described as follows:

1. One (1) Berretta, Model: U22 Neos, .22 caliber pistol, Serial Number: R12360, with attached magazine and four (4) rounds of ammunition;

2. One (1) Ruger, Model: 10/22, .22 caliber Takedown Lite rifle, Serial Number: 354-28585, with attached magazine and fourteen (14) rounds of ammunition;

3. One (1) Remington, Model: 870, .12 caliber Express Synthetic Tactical shotgun, Serial Number: AB879440M, with seven (7) rounds of ammunition;

4. One (1) Lithgow Enfield, Model: S.M.L.E, .303 caliber MK III rifle, Serial Number: 95157, with attached magazine;

5. One (1) Taurus, Model: PT-145, .45 caliber Millennium Pro pistol, Serial Number: NCS95614, with attached magazine and nine (9) rounds of ammunition;

6. One (1) Smith & Wesson, Model: 4516, .45 caliber Compact Stainless

       pistol, Serial Number: TCT0969, with attached magazine and eight (8) rounds of ammunition.

(hereinafter referred to as the "subject property" or "six firearms").

AND WHEREAS, Defendant's Judgment specifically provided for the forfeiture of six firearms and two hundred thousand dollars ($200,000.00);

AND WHEREAS, the United States and Defendant, through his counsel of record, agreed to preserve the civil forfeiture of the real property located at 247 Lana Drive, Gray, Jones County, Georgia, in Middle District of Georgia, Civil Case No. 5:21-CV-235, rather than forfeiting the two hundred thousand dollars ($200,000.00) of the eight hundred sixty-two thousand, three hundred seventy-two dollars, and four cents ($862,372.04), seized from Vanguard, SEP IRA Account Number: 46436568, believed to be held by THS Family Limited Partnership;

AND WHEREAS, on July 28, 2023, pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 3554, and Federal Rule of Criminal Procedure 32.2(b), this Court entered an Amended Preliminary Order of Forfeiture against Thomas H. Sachy for the forfeiture of the six firearms;

Pending now before the Court is the United States' Motion and Memorandum for a Final Order of Forfeiture. The Court hereby makes the following FINDINGS OF FACT AND CONCLUSIONS OF LAW:

1.      This Court has jurisdiction of this matter pursuant to 18 U.S.C. § 3231, and venue is proper pursuant to 18 U.S.C. § 3232 and FED. R. CRIM. P. 18.

2.      The United States has furnished due and legal notice of these proceedings as required by law by sending direct notice to any person, other than the Defendant, that may have or claim a legal interest in the subject property, and by causing publication of notice of forfeiture and the intent of the United States to dispose of the property in accordance with the law.

3.      The notice of forfeiture provided that any persons or entities having or claiming a legal right, title or interest in the property, within thirty (30) days of receipt of the notice, or no later than sixty (60) days from the first day of publication on the official internet government forfeiture website, www.forfeiture.gov, whichever is earlier, must petition the United States District Court for the Middle District of Georgia for a hearing to adjudicate the validity of his or her alleged interest in the property pursuant to 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c), through 18 U.S.C. § 981(b)(1).

4.      **Pursuant to FED. R. CRIM. P. 32.2(b)(4), the Amended Preliminary Order of Forfeiture became final as to the Defendant at the time of entry as sentencing had already commenced and included the forfeiture of the firearms in the Judgment**.

5.      No other persons or entities filed third-party petitions asserting claims or interests in the property subject to forfeiture, and the time for filing such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Court's July 28, 2023, Amended Preliminary Order of Forfeiture is final, and all right, title, and interest in the subject property (six firearms) is hereby forfeited to and vested in the United States to be disposed of in accordance with the law.

2. The Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

SO ORDERED, this 17th day of May, 2024.

S/Clay D. Land

CLAY D. LAND, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA